[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 206.]

BENTON, APPELLEE, *v*. CUYAHOGA METROPOLITAN HOUSING AUTHORITY ET AL., APPELLANTS.

[Cite as *Benton v. Cuyahoga Metro. Hous. Auth.*, 2001-Ohio-261.]

*Appellate procedure—Final order—Political subdivision tort liability—R.C. 2744.02(C)—Court of appeals' judgment affirmed on authority of Stevens v. Ackman.*

(No. 00-1134—Submitted February 28, 2001—Decided March 28, 2001.)

APPEAL by the Court of Appeals for Cuyahoga County, No. 76508.

———————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————

*Willacy, LoPresti & Marcovy, Aubrey B. Willacy* and *Audrey H. Davis*, for appellants.

———————————